the Court of Appeal, Second Circuit, No. 50,157-CA C/W 50,158-CA

Denied.

JOHNSON, C.J., would grant.

2016-0548 (La. 5/2/16)

**Bric Todd BYBEE**

v.

**LQ MANAGEMENT L.L.C., City of Slidell Through Slidell Police Department, and St. Tammany Parish Fire Protection District No. 1**

NO. 2016-CC-0548

Supreme Court of Louisiana.

May 2, 2016

Applying For Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd Judicial District Court Div. F, No. 2012-10219; to the Court of Appeal, First Circuit, No. 2015 CW 1770

Denied.

CLARK, J., would grant.

HUGHES, J., would grant.

2016-0554 (La. 5/2/16)

**Adrienne STERMER**

v.

**ARCHER-DANIELS-MIDLAND COMPANY, et al.**

NO. 2016-C-0554

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. Landry, 27th Judicial District Court Div. B, No. 08-C-6424-B; to

the Court of Appeal, Third Circuit, No. 15-811

Denied.

2016-0555 (La. 5/2/16)

**Bric Todd BYBEE**

v.

**LQ MANAGEMENT L.L.C., City of Slidell Through Slidell Police Department, and St. Tammany Parish Fire Protection District No. 1**

NO. 2016-CC-0555

Supreme Court of Louisiana.

May 2, 2016

Applying For Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd Judicial District Court Div. F, No. 2012-10219; to the Court of Appeal, First Circuit, No. 2015 CW 1660

Denied.

CLARK, J., would grant.

HUGHES, J., would grant.